UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alan Grill,<br><br>  Plaintiff,<br>v.<br><br>Enhanced Recovery Company, LLC; and<br>DOES 1-10, inclusive,<br><br>  Defendant. | Civil Action No.: 2:12-cv-01115-KJD -RJJ |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 27, 2012

Respectfully submitted,

By */s/ Stephanie C. Herdman*

Stephanie C. Herdman, Esq.
Counsel to
Lemberg & Associates, LLC
1100 Summer Street
Stamford, Connecticut 06905
Tel.: (855) 301-2100 Ext. 5531
Fax: (888) 953-6237
sherdman@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Nevada Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Stephanie C. Herdman

      Stephanie C. Herdman