**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Alan Grill,  :  <br> : <br> : Civil Action No.:  2:12-cv-01115-KJD -RJJ <br> Plaintiff, : <br> v. : <br> : <br> Enhanced Recovery Company, LLC; and : <br> DOES 1-10, inclusive, : <br> : <br> : <br> Defendants. : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Alan Grill ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 31, 2012

                                                Respectfully submitted,

                                                By   /s/ Stephanie Cooper-Herdman

                                                Stephanie Cooper-Herdman, Esq.
                                                2801 High View Drive
                                                Henderson, NV 89014
                                                (702) 435-4175

                                                **Of Counsel to**
                                                Lemberg & Associates, LLC
                                                1100 Summer Street
                                                Stamford, CT 06905
                                                (203) 653-2250

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 31, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Nevada Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By  /s/ Stephanie Cooper-Herdman
                  Stephanie Cooper-Herdman